The Constitution of the United States of America, 2011, 5-0-7.